# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Konstantinos Vadevoulis, et al.

Plaintiff,

v.

Case No.: 1:08−cv−01251

Honorable Joan H. Lefkow

Deutsche Bank AG, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 23, 2008:

     MINUTE entry before Judge Honorable Joan H. Lefkow:Status hearing of 4/29/2008 stricken and reset to 5/1/2008 at 09:30 AM by agreement.Telephoned and mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.