**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-01251 |
|---|---|

Konstantinos Vadevoulis, Jim Vadevoulis, and Paul Vadevoulis,
Plaintiff,
v.
Deutsche Bank AG, et al.
Defendant;

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Deutsche Bank AG; Deutsche Bank Securities, Inc.

| NAME (Type or print) |
|---|
| Seth C. Farber |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Seth C. Farber |
| FIRM |
| Dewey & LeBoeuf LLP |
| STREET ADDRESS |
| 1301 Avenue of the Americas |
| CITY/STATE/ZIP |
| New York, NY 10019-6092 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | 212-259-8000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓     APPOINTED COUNSEL ☐