# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:  08-C-1251

    Konstantinos Vadevoulis et al.
                    v.
    Deutsche Bank AG et al.

## AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| | |
|---|---|
| NAME (Type or print) <br> Anju Uchima | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>      s/ | |
| FIRM <br> Andrews Kurth LLP | |
| STREET ADDRESS <br>    450 Lexington Avenue | |
| CITY/STATE/ZIP <br>    New York, NY  10017 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> (212) 850-2800 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [XX] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [XX] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [xx] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [XX] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]      APPOINTED COUNSEL [ ]