IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Konstantinos Vadevoulis, Jim Vadevoulis and Paul Vadevoulis, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | No.: 08 C 1251 |
| Deutesche Bank AG; Deutsche Bank Securities, Inc. d/b/a Deutsche Bank Alex. Brown, and American Express Tax and Business Services, Inc. n/k/a RSM McGladrey LLC, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2008, I electronically filed the foregoing Appearance with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Adam P. Merrill
Sperling & Slater, P.C.
55 West Monroe Street
Suite 3200
Chicago, IL 60603

Anju Uchima
Lynne M. Fischman Uniman
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017

/s/ Thomas F. Falkenberg