**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Konstantinos Vadevoulis, et al.
                      Plaintiff,

v.                                                    Case No.: 1:08−cv−01251
                                                        Honorable Joan H. Lefkow

Deutsche Bank AG, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 1, 2008:

      MINUTE entry before Judge Honorable Joan H. Lefkow:Status hearing held on 5/1/2008 and continued to 7/10/2008 at 09:30 AM for report on possibility of settlement. Parties shall do Rule 26(a) disclosures by 6/2/2008 and shall proceed with discovery as stated in court. All defendants are to answer or otherwise plead to the complaint by 5/14/2008. If motions to dismiss are filed, responses will be due by 6/13/2008, replies will be due by 6/27/2008. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.