IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KOSTANTINOS VADEVOULIS, JIM VADEVOULIS, AND PAUL VADEVOULIS,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES, INC., d/b/a DEUTSCHE BANK ALEX. BROWN, AND AMERICAN EXPRESS TAX AND BUSINESS SERVICES, INC., n/k/a RSM MCGLADREY LLC,<br><br>Defendants. | No. 08-C-1251 (LEFKOW) |

**DISCLOSURE STATEMENT OF DEFENDANT AMERICAN EXPRESS COMPANY (N/K/A RSM MCGLADREY BUSINESS SERVICES, INC.) PURSUANT TO LOCAL RULE 3.2 OF THE NORTHERN DISTRICT OF ILLINOIS**

Pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois and to enable the judges and magistrate judges of this Court to evaluate the need for disqualification or recusal, the undersigned counsel for Defendant American Express Tax and Business Services Inc. (n/k/a RSM McGladrey TBS LLC) (incorrectly named herein as RSM McGladrey LLC), non-governmental corporate parties, hereby certifies to the following:

    A.    Berkshire Hathaway, Inc., a publicly-traded company, together with its subsidiaries and affiliates, own 13.10% of the stock of American Express Company, former parent of American Express Tax and Business Services Inc.

NYC:132789.1

B.  RSM McGladrey Business Services, Inc. owns 100% of the stock of RSM McGladrey TBS LLC. H&R Block Group, Inc. wholly owns RSM McGladrey Business Services, Inc.

Dated: New York, New York
May 7 2008

ANDREWS KURTH LLP

By: _____
Lynne M. Fischman Uniman
Antonette Ruocco
Attorneys for Defendant American
Express Tax And Business Services Inc.
(n/k/a RSM McGladrey TBS LLC)

2

NYC:132789.1