## AFFIDAVIT OF SERVICE BY UNITED STATES MAIL

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

I, Lisa S. Leavitt, being over the age of eighteen (18) years, and first duly sworn, state on oath that I am not a party to this action and that I reside in the County of New York, State of New York. On May 7, 2008, I served the foregoing Disclosure Statement Of Defendant American Express Company (n/k/a RSM Mcgladrey Business Services, Inc.) Pursuant To Local Rule 3.2 Of The Northern District Of Illinois upon the party below, by enclosing a copy of same in an envelope properly addressed, postage prepaid, and depositing said envelope in a depository under the exclusive custody and control of the U.S. Postal Office.

>   Sperling & Slater
>   55 West Monroe Street
>   Suite 3200
>   Chicago, Illinois 60603

_____
LISA S. LEAVITT

Subscribed and sworn to before
me this 7th day of May, 2008

_____
Notary Public

JAKELYNE GARCIA
Notary Public, State of New York
No. 01GA6006659
Qualified in New York County
Commission Expires May 4, 20 10

NYC:176300.1