IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

------------------------------------x
KONSTANTINOS VADEVOULIS, JIM
VADEVOULIS, and PAUL VADEVOULIS,

                Plaintiffs,

    v.

DEUTSCHE BANK AG, DEUTSCHE BANK
SECURITIES, INC., D/B/A DEUTSCHE BANK
ALEX. BROWN, and AMERICAN EXPRESS
TAX AND BUSINESS SERVICES, INC., N/K/A
RSM MCGLADREY LLC,

                Defendants.
------------------------------------x

Case No. 08 C 1251

Hon. Joan H. Lefkow

**DISCLOSURE STATEMENT OF DEFENDANTS DEUTSCHE BANK AG
AND DEUTSCHE BANK SECURITIES INC. PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.2**

Defendants DEUTSCHE BANK AG and DEUTSCHE BANK SECURITIES INC. respectfully submit the following Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2:

Defendant Deutsche Bank AG, a nongovernmental corporate party, certifies that (a) it has no parent corporation, and (b) AXA S.A. Group, Paris is the only entity owning more than 5% of Deutsche Bank AG's stock.

Defendant Deutsche Bank Securities Inc. (formerly know as Deutsche Banc Alex. Brown, Inc. and BT Alex. Brown Incorporated) ("DBSI"), a nongovernmental corporate party, certifies that (a) the following are its corporate parents: Deutsche Bank AG, Taunus Corporation, Deutsche Bank Americas Holding Corp., Deutsche Bank Trust Corporation, and DB U.S. Financial Markets Holding Corporation;

and (b) other than the aforementioned corporate parents, there is no publicly held corporation that owns more than 5% of DBSI's stock.

Dated: May 14, 2008

DEWEY & LeBOEUF LLP

By: s/ Erin L. Ziaja
    Erin L. Ziaja
Two Prudential Plaza, Suite 3700
180 North Stetson Avenue
Chicago, Illinois 60601
Telephone: (312) 794-8000
Facsimile: (312) 794-8100

Seth C. Farber (*pro hac vice*)
DEWEY & LeBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*

CH20770.1