IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KONSTANTINOS VADEVOULIS, JIM          :
VADEVOULIS, and PAUL VADEVOULIS,      :
                                      :
                Plaintiffs,           :   Case No. 08 C 1251
                                      :
     v.                               :   Hon. Joan H. Lefkow
                                      :
DEUTSCHE BANK AG, DEUTSCHE BANK       :
SECURITIES, INC., D/B/A DEUTSCHE BANK :
ALEX. BROWN, and AMERICAN EXPRESS     :
TAX AND BUSINESS SERVICES, INC., N/K/A:
RSM MCGLADREY LLC,                    :
                                      :
                Defendants.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT

**PLEASE TAKE NOTICE** that on July 1, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, counsel for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc. shall appear before the Honorable Joan H. Lefkow, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1925 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present their Motion To Dismiss Plaintiffs' Complaint.

Dated: Chicago, Illinois
       May 14, 2008

Respectfully submitted,

DEWEY & LeBOEUF LLP

| | |
|---|---|
| By: s/ Erin L. Ziaja | Seth C. Farber (*pro hac vice*) |
|    Erin L. Ziaja (ID # 6278775) | DEWEY & LeBOEUF LLP |
| Two Prudential Plaza, Suite 3700 | 1301 Avenue of the Americas |
| 180 North Stetson Avenue | New York, New York 10019-6092 |
| Chicago, Illinois 60601 | Telephone: (212) 259-8000 |
| Telephone: (312) 794-8000 | Facsimile: (212) 259-6333 |
| Facsimile: (312) 794-8100 | |

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*

CH20769.1