## CERTIFICATE OF SERVICE

I, Erin L. Ziaja, an attorney for Defendants Deutsche Bank AG, and Deutsche Bank Securities, Inc., D/B/A Deutsche Bank Alex. Brown, a Division of Deutsche Bank Securities, Inc., I caused a copy of the *Notice of Motion to Dismiss Plaintiffs' Complaint, Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.'s Motion to Dismiss Plaintiffs' Complaint and Supporting Memorandum of Law and Disclosure Statement of Defendants Deutsche Bank AG and Deutsche Bank Securities Inc. Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2* to be electronically filed with the Clerk of the Court using the CM/ECF system.  A copy of the foregoing will be delivered via U.S. Mail to the following:

Adam P. Merrill
Scott F. Hessell
SPERLING & SLATER
55 West Monroe St., Suite 3200
Chicago, Illinois 60603
312.641.3200

Lynne M Fischman Uniman
Anju Uchima
ANDREWS KURTH LLP
450 Lexington Avenue
New York, NY 10017
(212)850-2837

Thomas F. Falkenberg
WIILAIMS MONTEGOMERY, LTD.
20 North Wacker Drive
Suite 2100
Chicago, IL 60606
312-443-3240
Fax: 312-630-8540

       /s/  Erin L. Ziaja
      Attorney for Deutsche Bank Defendants

CH20773.1