27834.00BU00/Document #: 774479                                              #412

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Konstantinos Vadevoulis, Jim Vadevoulis and Paul Vadevoulis, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.: 08 C 1251 |
| Deutesche Bank AG; Deutsche Bank Securities, Inc. d/b/a Deutsche Bank Alex. Brown, and American Express Tax and Business Services, Inc. n/k/a RSM McGladrey LLC, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**RSM McGLADREY, INC.'S f/k/a AMERICAN EXPRESS TAX AND BUSINESS SERVICES, INC.'S MOTION TO DISMISS**

Defendant RSM McGLADREY, INC. f/k/a AMERICAN EXPRESS TAX AND BUSINESS SERVICES, INC., by Thomas F. Falkenberg, one of its attorneys, pursuant to Federal Rule of Civil Procedure 12(b)(6), here states:

In support of its motion, Defendant RSM McGLADREY, INC. f/k/a AMERICAN EXPRESS TAX AND BUSINESS SERVICES, INC relies upon the memorandum in support of the Rule 12(b)(6) motion to dismiss, attached hereto.

WHEREFORE, Defendant RSM McGLADREY, INC. f/k/a AMERICAN EXPRESS TAX AND BUSINESS SERVICES, INC requests that this Court dismiss the complaint with prejudice and grant Defendant such other relief as this court deems fit.

Respectfully submitted,

   /s/ *Thomas F. Falkenberg*
One of the attorneys for Defendant RSM McGLADREY, INC. f/k/a AMERICAN EXPRESS TAX AND BUSINESS SERVICES, INC

Thomas F. Falkenberg
WILLIAMS MONTGOMERY & JOHN LTD.
2100 Civic Opera Building
Twenty North Wacker Drive
Chicago, Illinois 60606
(312) 443-3200
Attorney No. 412