27834.00BU00/Document #: 774473

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Konstantinos Vadevoulis, Jim Vadevoulis and Paul Vadevoulis, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | No.: 08 C 1251 |
| Deutesche Bank AG; Deutsche Bank Securities, Inc. d/b/a Deutsche Bank Alex. Brown, and American Express Tax and Business Services, Inc. n/k/a RSM McGladrey LLC, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   Adam P. Merrill, Sperling & Slater, P.C., 55 West Monroe Street, Suite 3200, Chicago, L 60603

Anju Uchima, Lynne M. Fischman Uniman, Andrews Kurth LLP, 450 Lexington Avenue, New York, NY 10017

PLEASE TAKE NOTICE that on May 14, 2008, we filed with the U.S.D.C., Northern District of Illinois the following:

**RSM McGladrey, Inc. f/k/a American Express Tax and Business Services, Inc.'s Motion to Dismiss and Memorandum of Law in Support of Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6)**

A copy of which is attached hereto.

RSM McGladrey, Inc. f/k/a American
Express Tax and Business Services, Inc.

By:   */s/ Thomas F. Falkenberg*

Thomas F. Falkenberg
WILLIAMS MONTGOMERY & JOHN LTD.
Attorneys for RSM McGladrey f/k/a American Express Tax and Business Services, Inc.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200

**CERTIFICATE OF SERVICE**

I, Thomas F. Falkenberg, hereby certify that on May 14, 2008, I electronically filed the foregoing Notice of Filing and RSM McGladrey, Inc. f/k/a American Express Tax and Business Services, Inc.'s Motion to Dismiss and Memorandum of Law in Support of Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6) with the Clerk of the Court using the CM/ECF system which served all parties who are currently on the Court's Electronic Mail Notice List, by operation of the Court's Electronic Filing System.

                              /s/ *Thomas F. Falkenberg*