UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Konstantinos Vadevoulis, et al.
                                    Plaintiff,

v.                                                    Case No.: 1:08−cv−01251
                                                      Honorable Joan H. Lefkow

Deutsche Bank AG, et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 19, 2008:

MINUTE entry before the Honorable Joan H. Lefkow:In−court noticed motion presentation date of 7/1/2008 on motion of defendants' Deutsche Bank AG and Deutsche Bank Securities Inc's motion to dismiss plaintiffs' complaint [16] is stricken. Briefing schedule on motions to dismiss will stand.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.