Order Form (01/2005)

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1251 | DATE | 6/19/2008 |
| CASE TITLE | Vadevoulis, et al. vs. Deutsche Bank, et al. | | |

DOCKET ENTRY

Enter Agreed Order. Plaintiffs' response to defendant's motions to dismiss [16], [19] will be due by 6/27/2008; replies will be due by 7/11/2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUN 19 PM 3:50
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|