IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Konstantinos Vadevoulis, Jim Vadevoulis, and Paul Vadevoulis,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Deutsche Bank AG; Deutsche Bank Securities, Inc., d/b/a Deutsche Bank Alex. Brown, and American Express Tax and Business Services, Inc., n/k/a RSM McGladrey LLC<br><br>　　　　Defendants. | Case No.: 08 C 1251<br><br>Honorable Joan H. Lefkow<br><br>Jury Trial Demanded |

## AGREED ORDER

The parties submit the following agreed briefing schedule:

1.  Plaintiffs' response in opposition to Defendants' Motions to Dismiss will be filed on or before June 27, 2008, and

2.  Defendants' replies in support will be filed on or before July 11, 2008.


Dated: June 11, 2008

| | |
|---|---|
| SPERLING & SLATER | DEWEY & LeBOEUF LLP |
| | |
| By:  s/ Scott F. Hessell<br>　　　Adam P. Merrill<br>55 West Monroe Street, Suite 3200<br>Chicago, Illinois 60603<br>Telephone: (312) 641-3200) | By:  s/ Kelly Librera<br>　　　Erin Ziaja<br>Two Prudential Plaza, Suite 3700<br>180 North Stetson Avenue<br>Chicago, Illinois 60601<br>Telephone: (312) 794-8000 |
| *Attorneys for Plaintiffs Konstantinos Vadevoulis, Jim Vadevoulis and Paul Vadevoulis* | *Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.* |

WILLIAMS MONTGOMERY
& JOHN LTD


By:    s/ Thomas Falkenberg
    Thomas F. Falkenberg
20 North Wacker Drive, Suite 2100
Chicago, IL 60606
Telephone: 312-443-3240

*Attorneys for Defendant American Express Tax and Business Services, Inc., n/k/a RSM McGladrey LLC*


SO ORDERED this _19_ day of _June_, 2008


_____
Judge Joan H. Lefkow
United States District Judge

6-19-08

2