UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Konstantinos Vadevoulis, et al.
                    Plaintiff,

v.                                                    Case No.: 1:08−cv−01251
                                                      Honorable Joan H. Lefkow

Deutsche Bank AG, et al.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 10, 2008:

    MINUTE entry before the Honorable Joan H. Lefkow: Status hearing held on 7/10/2008. Rule 26(A)(1) disclosures by 7/18/2008. Plaintiffs to amend complaint by 7/21/2008. Scheduling conference set for 7/31/2008 at 9:30 A.M. Mailed notice by judge39;s staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.