

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1251 | DATE | 7/31/2008 |
| CASE TITLE | Vadevoulis vs. Deutsche Bank, et al. | | |

**DOCKET ENTRY TEXT**

Scheduling conference held. Enter Scheduling Order. Defendant shall respond to outstanding written discovery and any problems arising concerning outstanding written discovery shall be referred to the designated magistrate judge. No further new discovery shall be initiated without further order of court. Defendants shall have until August 29, 2008 to answer or otherwise respond to the amended complaint. If defendants file a motion with respect to the amended complaint, plaintiffs shall have until September 26, 2008 to respond to the motion. Any such motions need not be noticed or presented at a hearing. Defendants shall have until October 14, 2008 to reply in support of their motions. Status hearing is set for 10/21/2008 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:12

| | Courtroom Deputy Initials: | MD |
|---|---|---|