## CERTIFICATE OF SERVICE

      I, Erin L. Ziaja, an attorney for Defendants Deutsche Bank AG, and Deutsche Bank Securities, Inc., D/B/A Deutsche Bank Alex. Brown, a Division of Deutsche Bank Securities, Inc., I caused a copy of the *Deutsche Bank AG's and Deutsche Bank Securities Inc.'s Motion for a Stay Pending Arbitration of Plaintiffs' Claims and Deutsche Bank AG's and Deutsche Bank Securities Inc.'s Memorandum of Law in Support of Their Motion for a Stay Pending Arbitration of Plaintiffs' Claims* to be electronically filed with the Clerk of the Court using the CM/ECF system.  A copy of the foregoing will be delivered via U.S. Mail to the following:

| | |
|---|---|
| Adam P. Merrill | Lynne M Fischman Uniman |
| Scott F. Hessell | Anju Uchima |
| SPERLING & SLATER | ANDREWS KURTH LLP |
| 55 West Monroe St., Suite 3200 | 450 Lexington Avenue |
| Chicago, Illinois 60603 | New York, NY 10017 |
| 312.641.3200 | (212)850-2837 |

                                                            Thomas F. Falkenberg
                                                            WILLAIMS MONTEGOMERY, LTD.
                                                            20 North Wacker Drive
                                                            Suite 2100
                                                            Chicago, IL 60606
                                                            312-443-3240
                                                            Fax: 312-630-8540

                                                            /s/  Erin L. Ziaja
                                                           Attorney for Deutsche Bank Defendants