27834.00BU00/Document #: 774479                                                              #412

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Konstantinos Vadevoulis, Jim Vadevoulis and Paul Vadevoulis, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>Deutesche Bank AG; Deutsche Bank Securities, Inc. d/b/a Deutsche Bank Alex. Brown, and American Express Tax and Business Services, Inc. n/k/a RSM McGladrey LLC, )<br><br>Defendants. ) | No.: 08 C 1251 |

### RSM McGLADREY, INC.'S f/k/a AMERICAN EXPRESS TAX AND BUSINESS SERVICES, INC.'S MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FED.R.CIV.P. 12(b)(6) OR, ALTERNATIVELY, TO COMPEL ARBITRATION AND FOR A STAY

Defendant RSM McGLADREY, INC. f/k/a AMERICAN EXPRESS TAX AND BUSINESS SERVICES, INC., by Thomas F. Falkenberg, one of its attorneys, pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves this Court to dismiss the Amended Complaint, or, alternatively, to compel arbitration and, pursuant to Section 3 of the Federal Arbitration Act (9 U.S.C. §3), stay this action pending arbitration of Plaintiffs' claims, stating:

In support of its motion, Defendant RSM McGLADREY, INC. f/k/a AMERICAN EXPRESS TAX AND BUSINESS SERVICES, INC relies upon the memorandum in support of the motion, attached hereto.

WHEREFORE, Defendant RSM McGLADREY, INC. f/k/a AMERICAN EXPRESS TAX AND BUSINESS SERVICES, INC respectfully requests that the Court dismiss the Amended Complaint with prejudice, or, in the alternative, compel Plaintiffs to arbitrate their claims and stay this action pending arbitration of such claims, and grant Defendant RSM McGLADREY, INC. f/k/a AMERICAN EXPRESS TAX AND BUSINESS SERVICES, INC such other and further relief as may be appropriate.

Respectfully submitted,

_/s/ Thomas F. Falkenberg_
One of the attorneys for Defendant RSM McGLADREY, INC. f/k/a AMERICAN EXPRESS TAX AND BUSINESS SERVICES, INC

Thomas F. Falkenberg
WILLIAMS MONTGOMERY & JOHN LTD.
2100 Civic Opera Building
Twenty North Wacker Drive
Chicago, Illinois 60606
(312) 443-3200
Attorney No. 412