27834.00BU00/Document #: 783580.2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Konstantinos Vadevoulis, Jim<br>Vadevoulis and Paul Vadevoulis,<br><br>       Plaintiffs,<br><br>vs.<br><br>Deutesche Bank AG; Deutsche Bank<br>Securities, Inc. d/b/a Deutsche Bank<br>Alex. Brown, and American Express Tax<br>and Business Services, Inc. n/k/a RSM<br>McGladrey LLC,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.: 08 C 1251<br><br>JUDGE LEFKOW<br><br>MAG. JUDGE KEYS |

## NOTICE OF MOTION

To:   Adam P. Merrill, Sperling & Slater, P.C., 55 West Monroe Street, Suite 3200, Chicago, L 60603

Anju Uchima, Lynne M. Fischman Uniman, Andrews Kurth LLP, 450 Lexington Avenue, New York, NY 10017

      PLEASE TAKE NOTICE that on **September 9, 2008, at 9:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Lefkow, or before any judge sitting in her stead, in Courtroom 1925, in the Dirksen Building, 219 South Dearborn, Chicago, Illinois, to present for hearing **RSM Mcgladrey, Inc.'S f/k/a American Express Tax and Business Services, Inc.'s Motion To Dismiss Amended Complaint Pursuant To Fed.R.Civ.P. 12(b)(6) Or, Alternatively, To Compel Arbitration and For A Stay, with Memorandum of Law in support,** a copy of which is attached and hereby served upon you.

                                                         RSM McGladrey, Inc. f/k/a American
                                                         Express Tax and Business Services, Inc.

                                                   By:   /s/ *Thomas F. Falkenberg*

Thomas F. Falkenberg
WILLIAMS MONTGOMERY & JOHN LTD.
Attorneys for RSM McGladrey f/k/a American Express Tax and Business Services, Inc.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200

## CERTIFICATE OF SERVICE

I, Thomas F. Falkenberg, hereby certify that on August 25, 2008, I electronically filed the foregoing Notice of Filing and RSM Mcgladrey, Inc.'S f/k/a American Express Tax and Business Services, Inc.'s Motion To Dismiss Amended Complaint Pursuant To Fed.R.Civ.P. 12(b)(6) Or, Alternatively, To Compel Arbitration and For A Stay, with Memorandum of Law in support, with the Clerk of the Court using the CM/ECF system which served all parties who are currently on the Court's Electronic Mail Notice List, by operation of the Court's Electronic Filing System.

/s/ *Thomas F. Falkenberg*