IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Konstantinos Vadevoulis, Jim Vadevoulis, and Paul Vadevoulis,<br><br>                Plaintiffs,<br><br>        v.<br><br>Deutsche Bank AG; Deutsche Bank Securities, Inc., d/b/a Deutsche Bank Alex. Brown, and American Express Tax and Business Services, Inc., n/k/a RSM McGladrey LLC<br><br>                Defendants. | No. 08C1251<br><br>Hon. Joan H. Lefkow<br><br>Jury Trial Demanded |

**NOTICE OF MOTION TO COMPEL**
**AMEX'S COMPLIANCE WITH AUGUST 4, 2008 ORDER**

TO:     Counsel on the attached Service List

**Please take notice** that on Thursday, August 28, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan H. Lefkow, 219 S. Dearborn Street, Room 1925, Chicago, Illinois, or any Judge in his stead, and shall then and there present Plaintiffs' Motion to Compel Amex's Compliance with Court's August 4, 2008 Order, which is served contemporaneously herewith.

Dated:     August 25, 2008               Respectfully submitted,

                                  _____s/ Scott F. Hessell_____
                                  Adam P. Merrill
                                  Scott F. Hessell
                                  Sperling & Slater, P.C.
                                  55 W. Monroe, Suite 3200
                                  Chicago, IL 60603
                                  (312) 641-3200

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of the filing to the following:

Thomas F. Falkenberg     tff@willmont.com

Lynne M Fischman Uniman     luniman@akllp.com

Anju Uchima     anjuuchima@andrewskurth.com

Erin L Ziaja     eziaja@dl.com, mlhanson@dl.com

                          s/ Scott F. Hessell