IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Konstantinos Vadevoulis, Jim Vadevoulis, and Paul Vadevoulis, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08C1251 |
| Deutsche Bank AG; Deutsche Bank Securities, Inc., d/b/a Deutsche Bank Alex. Brown, and American Express Tax and Business Services, Inc., n/k/a RSM McGladrey LLC | ) ) ) ) ) ) | Hon. Joan H. Lefkow<br><br>Mag. Judge Arlander Keys<br><br>Jury Trial Demanded |
| Defendants. | ) | |

**RE-NOTICE OF MOTION TO COMPEL
AMEX'S COMPLIANCE WITH AUGUST 4, 2008 ORDER**

TO:    Counsel on the attached Service List

**Please take notice** that on Wednesday, September 3, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Arlander Keys, 219 S. Dearborn Street, Room 2230, Chicago, Illinois, or any Judge in his stead, and shall then and there present Plaintiffs' Motion to Compel Amex's Compliance with Court's August 4, 2008 Order, which is served contemporaneously herewith.

Dated:    August 26, 2008            Respectfully submitted,

                                              s/ Scott F. Hessell
                                    Adam P. Merrill
                                    Scott F. Hessell
                                    Sperling & Slater, P.C.
                                    55 W. Monroe, Suite 3200
                                    Chicago, IL 60603
                                    (312) 641-3200

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of the filing to the following:

Thomas F. Falkenberg     tff@willmont.com

Lynne M Fischman Uniman     luniman@akllp.com

Anju Uchima     anjuuchima@andrewskurth.com

Erin L Ziaja     eziaja@dl.com, mlhanson@dl.com

                                              s/ Scott F. Hessell