UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Konstantinos Vadevoulis, et al.
                    Plaintiff,

v.  Case No.: 1:08−cv−01251
    Honorable Joan H. Lefkow

Deutsche Bank AG, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

    MINUTE entry before the Honorable Arlander Keys: Motion hearing held. For the reasons stated on the record, plaintiffs' motion to compel AMEX's compliance with the court's order [42] is granted. Defendants' motion for protective order [35] is denied. Discovery shall proceed in this case. Status hearing remains set for 09/22/08. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.