UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Konstantinos Vadevoulis, et al.
                      Plaintiff,

v.                                           Case No.: 1:08−cv−01251
                                                     Honorable Joan H. Lefkow

Deutsche Bank AG, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 5, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Response to defendant RSM McGladrey, Inc.'s motion to dismiss amended complaint or alternatively to compel arbitration and for a stay [39] due by 9/26/2008; reply due by 10/14/2008; ruling will issue by mail. Motion will not be called in court on 9/9/2008.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.