IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Konstantinos Vadevoulis, Jim Vadevoulis, and Paul Vadevoulis, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08C1251 |
| Deutsche Bank AG; Deutsche Bank Securities, Inc., d/b/a Deutsche Bank Alex. Brown, and American Express Tax and Business Services, Inc., n/k/a RSM McGladrey LLC | ) ) ) ) ) ) | Hon. Joan H. Lefkow  Mag. Judge Arlander Keys  Jury Trial Demanded |
| Defendants. | ) | |

**NOTICE OF MOTION TO COMPEL**

TO:     Counsel on the attached Service List

**Please take notice** that on Wednesday, September 10, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Arlander Keys, 219 S. Dearborn Street, Room 2230, Chicago, Illinois, or any Judge in his stead, and shall then and there present Plaintiffs' Motion to Compel Defendants' Discovery Responses and Production of Documents, which is served contemporaneously herewith.

Dated:   September 5, 2008                    Respectfully submitted,

                                  s/ Scott F. Hessell
                                  _____
                                  Adam P. Merrill
                                  Scott F. Hessell
                                  Sperling & Slater, P.C.
                                  55 W. Monroe, Suite 3200
                                  Chicago, IL 60603
                                  (312) 641-3200

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of the filing to the following:

Thomas F. Falkenberg    tff@willmont.com

Lynne M Fischman Uniman    luniman@akllp.com

Anju Uchima    anjuuchima@andrewskurth.com

Erin L Ziaja    eziaja@dl.com, mlhanson@dl.com

                        s/ Scott F. Hessell